IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-6010-01-CR-SJ-SOW |
| ) | |
| TIMOTHY D. MORRISS, ) | |
| ) | |
| Defendant. ) | |

ORDER

Before the Court is the Report and Recommendation of United States Magistrate Robert Larsen regarding defendant Morriss's Motion to Suppress Illegally Obtained Statements (Doc. #29). The Report and Recommendation of Magistrate Larsen is thorough and well-reasoned. This Court agrees with this recommendation and sees no reason to comment further. Accordingly, it is hereby

ORDERED that defendant Morriss's Motion to Suppress Illegally Obtained Statements (Doc. #29) is denied.

    /s/ Scott O. Wright
    SCOTT O. WRIGHT
    Senior United States District Judge

Date:   December 6, 2006